# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 12 PM 4: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

PERRY J. LIPSEY,   JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.

CORRECTIONS CORPORATION   CASE NO: 04-2791-B
OF AMERICA, et al.,

    Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on May 11, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

5/12/05
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02791 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Perry Lipsey
FCC-FORREST CITY
19436-076
P.O. Box 9000
Forrest City, AR 72336

Honorable J. Breen
US DISTRICT COURT